Dezi S. Robb, Alaska Bar No. 2105053
Landye Bennett Blumstein LLP
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-5152
Fax: (907) 276-8433
Email: dezir@lbblawyers.com

*Attorneys for the City of Houston, Alaska*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESS GEORGE ADAMS,<br><br>Defendant. | Case No. 3:23-cr-00021-SLG |

**ENTRY OF APPEARANCE**

Dezi S. Robb of Landye Bennett Blumstein LLP enters her appearance as counsel of record on behalf of the City of Houston. Copies of all pleadings, correspondence, and other documents are requested to be forwarded directly to the attention of Dezi S. Robb, 701 W. 8th Avenue, Suite 1100, Anchorage, Alaska 99501, or via email to the address below.

//

DATED: October 23, 2026.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for City of Houston, Alaska

By: */s/ Dezi S. Robb*
Dezi S. Robb
Alaska Bar No.
dezir@lbblawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, a true and correct copy of the foregoing document was served by electronic means through the ECF system to all attorneys of record as indicated on the Notice of Electronic Filing and to the following by U.S. mail:

Jess Adams
[redacted]
Willow, AK 99688

Alaska Electric & Control, Inc.
ATTN: [redacted]
9761 W. Margin Way
Wasilla, AK 99623

*/s/ BJ Carlson*
Barbara J. Carlson, Paralegal
Landye Bennett Blumstein LLP